UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SEP 22 2023 - AM11:31
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta - Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | (One Count) |
| v. | ) | CAUSE NO: 3:23cr69 |
| | ) | |
| JONNATHAN TYLER LEE | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 28, 2021, in the Northern District of Indiana,

**JONNATHAN TYLER LEE,**

defendant herein, knowingly made a false statement and representation to Kodiak Firing Range and Training Facility, a licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Kodiak Firing Range and Training Facility, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he lived at a certain address when in fact he did not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(a)(1)(A) alleged in the Information, the defendant, **JONNATHAN TYLER LEE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the following firearms involved in or used in the commission of the offense:

- M&P (S&W) bearing S/N JBD4929
- Glock 23 bearing S/N AESR377
- Beretta APX bearing S/N A066809X
- Glock 43 bearing S/N AEUT201
- Glock 43 bearing S/N AFLT208
- Taurus P80 bearing S/N CA16049
- Glock 23 bearing S/N BRZD943
- Glock 19 bearing S/N BTWT665
- Polymer P80 bearing S/N CA12866
- Polymer PFC9 bearing S/N CA16049
- Taurus G2c bearing S/N ACB507565
- Glock 19 bearing S/N BPMNB343

APPROVED BY:

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By:  s/ Jerome W. McKeever
      Jerome W. McKeever
      Assistant United States Attorney