UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:23-cr-69-DRL |
| | ) | |
| JONNATHAN TYLER LEE | ) | |

### **UNITED STATES' SENTENCING MEMORANDUM**

Comes now United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Jerome W. McKeever, Assistant United States Attorney, and submits the following memorandum in preparation for the sentencing hearing in this case.

### I.   The nature and circumstances of the offense

Shortly after he turned 21 years old, Jonnathan Lee began purchasing guns at gun stores in Portage, Michigan City, LaPorte, South Bend, and Mishawaka. He purchased at least 19 guns from June of 2020 to July of 2021. Lee came to the attention of the ATF when guns used in crime scenes in Chicago were traced back to Lee. Some of the guns were found in the hands of felons. At least one was used to shoot toward a moving car. When he was interviewed by the ATF, Lee claimed that every gun he purchased had been stolen from him. He pled guilty to providing the wrong address on an ATF Form 4473.

## II. The Defendant's history and characteristics

Lee's history stands out from other defendants who plead guilty to lying on ATF forms in connection with purchasing firearms. This conviction is his first felony conviction, but he has been convicted of three misdemeanors since 2020: intimidation, carrying a handgun without a license, and domestic battery. He is in criminal history category III.

It seems from the verified records that Lee was largely unemployed during the time period where he purchased the 19 guns in the summer of 2020 to the summer of 2021, though he reported that he worked as a temporary custodian at a grade school in the summer of 2020 and began a full-time job in March of 2021 to October of 2021.

Lee reported that he has several close prosocial friends. He maintained in his interview with the ATF that he did not know any of the people who were found in possession of the guns he purchased. One individual in particular, however, was arrested on three different occasions in May, June, and July of 2021, each time with a gun (or two) that Lee had purchased.

## III. The government's sentencing recommendation

The guideline range of imprisonment is 18 months to 24 months. Considering the 18 U.S.C. § 3553(a) factors, including the need for the sentence to promote respect for the law and to afford adequate deterrence to criminal

conduct, the government recommends a sentence at the low end of the guidelines of 18 months.

Dated: February 12, 2024

                Respectfully submitted,

                CLIFFORD D. JOHNSON
                UNITED STATES ATTORNEY

By:   *s/ Jerome W. McKeever*
        Jerome W. McKeever
        Assistant United States Attorney
        204 S. Main Street, Room M01
        South Bend, Indiana 46601
        Telephone: (574) 236-8287
        Email: Jerome.McKeever@usdoj.gov